NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ESTEBAN CASTRO, *et al.*, <br><br> Defendants. | Docket No.: 14-557 (WJM) <br><br> OPINION & ORDER |

### WILLIAM J. MARTINI, U.S.D.J.:

      This matter comes before the court on Plaintiff's motion to reopen the case. Previously, the parties notified the court that the matter had been settled. By order dated April 30, 2014, the court dismissed the case without prejudice and permitted the Plaintiff to petition the court to reopen the action within sixty days "for good cause shown" if the settlement was not consummated. Within 60 days of the Order of Dismissal, Plaintiff filed this motion to re-open the case. The motion notes that the Defendant has not complied with the terms of the settlement agreement. Finding that the failure to comply with the terms of the settlement agreement is good cause to reopen the case,

      IT IS on this __16__ day of __August__ 2014

      **ORDERED** that the Plaintiff's motion is granted; and it is further

      **ORDERED** that the matter is restored to the court's calendar.

                                                           WILLIAM J. MARTINI, U.S.D.J.